UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYTELLIGENCE, INC., a Washington corporation, by and through its receiver REVITALIZATION PARTNERS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> THE HANOVER INSURANCE COMPANY, <br><br> Defendant. | No.: 2:20-cv-00412-RSM <br><br> STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT |

Pursuant to LCR 10(g), the parties to the above-captioned matter hereby submit this stipulated motion and proposed order to extend Defendant's deadline to file an Answer or respond to Plaintiff's Complaint to April 6, 2020.

| | |
|---|---|
| DATED: March 19, 2020, | DATED: March 19, 2020, |
| s/ Greg D. Pendleton | s/ John A. Bennett |
| Franklin D. Cordell, WSBA # <br> Greg D. Pendleton, WSBA # <br> Gordon Tileden Thomas & Cordell, LLP <br> 600 University Street, Ste. 2915 <br> Seattle, WA 98101 <br> Tel.: 206-467-6477 <br> E-mail: fcordell@gordontilden.com <br> gpendleton@gordontilden.com <br> *Attorneys for Plaintiff* | John A. Bennett, WSBA #33214 <br> Owen R. Mooney, WSBA #45779 <br> Bullivant Houser Bailey, PC <br> One SW Columbia Street, Ste. 800 <br> Portland, OR 97204 <br> Tel.: 206-292-8930 <br> E-mail: john.bennett@bullivant.com <br> owen.mooney@bullivant.com <br> *Attorneys for Defendant* |

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR
DEF.'S ANSWER TO PL.'S COMPLAINT
NO.: 2:20-CV-00412-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930.

# ORDER

The Court GRANTS the parties' Stipulation and Orders Defendant's Deadline to Answer Plaintiff's Complaint be extended. Defendant will file its Answer or response no later than April 6, 2020.

Dated this 20th day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC

s/ John A. Bennett
John A. Bennett, WSBA #33214
E-mail: john.bennett@bullivant.com
Owen R. Mooney, WSBA #45779
E-mail: owen.mooney@bullivant.com

Attorneys for Defendant The Hanover Insurance Company

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DEF.'S ANSWER TO PL.'S COMPLAINT
NO.: 2:20-CV-00412-RSM

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930.