THE HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYTELLIGENCE, INC., a Washington corporation, by and through its receiver REVITALIZATION PARTNERS, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>THE HANOVER INSURANCE COMPANY,<br><br>Defendant. | No.: 2:20-cv-00412-RSM<br><br>SECOND STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT<br><br>NOTED ON THE MOTION CALENDAR: April 6, 2020 |

Pursuant to LCR 10(g), the parties to the above-captioned matter hereby submit this second stipulated motion and proposed order to extend Defendant's deadline to file an Answer or respond to Plaintiff's Complaint to April 10, 2020.

DATED: April 6, 2020,

*s/ Greg D. Pendleton*
Franklin D. Cordell, WSBA #
Greg D. Pendleton, WSBA #
Gordon Tileden Thomas & Cordell, LLP
600 University Street, Ste. 2915
Seattle, WA 98101
Tel.: 206-467-6477
E-mail: fcordell@gordontilden.com
  gpendleton@gordontilden.com
*Attorneys for Plaintiff*

DATED: April 6, 2020,

*s/ John A. Bennett*
John A. Bennett, WSBA #33214
Owen R. Mooney, WSBA #45779
Bullivant Houser Bailey, PC
One SW Columbia Street, Ste. 800
Portland, OR 97204
Tel.: 206-292-8930
E-mail: john.bennett@bullivant.com
  owen.mooney@bullivant.com
*Attorneys for Defendant*

SECOND STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
NO.: 2:20-CV-00412-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

## ORDER

The Court GRANTS the parties' second Stipulation and Order to Extend Defendant's Deadline to Answer Plaintiff's Complaint. Defendant will file its Answer or response no later than April 10, 2020. IT IS SO ORDERED.

Dated this 9th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC

*s/ John A. Bennett*
John A. Bennett, WSBA #33214
E-mail: john.bennett@bullivant.com
Owen R. Mooney, WSBA #45779
E-mail: owen.mooney@bullivant.com

Attorneys for Defendant The Hanover Insurance Company

4835-8086-7001.1

SECOND STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
NO.: 2:20-CV-00412-RSM

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2020, I electronically filed the foregoing SECOND STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the persons listed below:

Franklin D. Cordell
Greg D. Pendleton
Gordon Tilden Thomas & Cordell, LLP
600 University Street, Ste. 2915
Seattle, WA 98101
Tel.: 206-467-6477
Email: fcordell@gordontilden.com
gpendleton@gordontilden.com

*Counsel for Plaintiff*

DATED: April 9, 2020.

                                   *s/ John A. Bennett*
                                   John A. Bennett, WSBA #33214

SECOND STIPULATED MOT. TO EXTEND DEADLINE FOR DEF.'S ANSWER TO PL.'S COMPLAINT – CERTIFICATE OF SERVICE NO.: 2:20-CV-00412-RSM     PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930.