THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYTELLIGENCE, INC., a Washington corporation, by and through its receiver REVITALIZATION PARTNERS, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>THE HANOVER INSURANCE COMPANY,<br><br>Defendant. | No.: 2:20-cv-00412-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>June 24, 2020 |

## STIPULATION

The parties hereby stipulate that this lawsuit and all causes of action which were or could have been brought against Defendant should be DISMISSED WITH PREJUDICE, without costs or attorney fees to any party.

DATED: June 24, 2020.

BULLIVANT HOUSER BAILEY

By: s/ John A. Bennett
    John A. Bennett, WSBA #33214
    925 Fourth Avenue, Suite 3800
    Seattle, Washington 98104-1157
    Email: john.bennett@bullivant.com
    Attorneys for Defendant

GORDON TILDEN THOMAS & CORDELL

By s/ Greg D. Pendleton
    Greg D. Pendleton, WSBA #38361
    600 University Avenue, Suite 2915
    Seattle, WA 98101
    Email: gpendleton@gordontilden.com
    Attorneys for Plaintiff

# ORDER OF DISMISSAL

Having come before the Court upon the Parties' Stipulation and Order of Dismissal, it is hereby ORDERED that this lawsuit and all causes of action which were or could have been brought by Plaintiff against Defendant are DISMISSED WITH PREJUDICE, without costs or attorney fees to any party.

IT IS SO ORDERED,

DATED this 24th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
BULLIVANT HOUSER BAILEY PC

s/ John Bennett
John A. Bennett, WSBA #33214
Owen R. Mooney, WSBA #45779
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104-1157
E-mail: john.bennett@bullivant.com
        owen.mooney@bullivant.com
Attorneys for Defendant The Hanover Insurance Company

GORDON TILDEN THOMAS & CORDELL, LLP

s/ Greg D. Pendleton
Franklin D. Cordell, WSBA #26392
Greg D. Pendleton, WSBA #38361
600 University Street, Suite 2915
Seattle, Washington 98101
Email: fcordell@gordontilden.com
       gpendleton@gordontilden.com

4817-4288-2495.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the persons listed below:

Franklin D. Cordell
Greg D. Pendleton
Gordon Tilden Thomas & Cordell, LLP
600 University Street, Ste. 2915
Seattle, WA  98101
Tel.:  206-467-6477
Email: fcordell@gordontilden.com
gpendleton@gordontilden.com

*Counsel for Plaintiff*

DATED:  June 24, 2020.

 s/John A. Bennett
John A. Bennett, WSBA #33214
E-mail:  john.bennett@bullivant.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – CERTIFICATE OF SERVICE

PAGE 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Ste. 3800
Seattle, Washington  98104-1157
Telephone: 206.292.89301